REDDING *et al. v.* REDDING *et al.*

(Division A. Jan. 23, 1939. Suggestion of Error Overruled Feb. 20, 1939.)

[185 So. 808. No. 33328.]

738

**J. F. Galloway**, of Gulfport, for appellants.

**White & Morse**, of Gulfport, for appellees.

**Smith, C. J.**, delivered the opinion of the court.

The errors said by the appellants to appear in the decree of the court below present mainly questions of fact, the law pertinent thereto being well settled. We have carefully reviewed the record in connection with the briefs of counsel and find no reversible error, if error at all, in the decree.

Affirmed.